UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    - v. -

GLADSTON ROBB,
  a/k/a "Gladstone Robb,"
  a/k/a "Ricardo Andre Hill,"

          Defendant.

- - - - - - - - - - - - - - - - -x

INDICTMENT

10 Cr.

10 CRIM 398

COUNT ONE

The Grand Jury Charges:

1. On or about May 3, 2007, in the Southern District of New York, GLADSTON ROBB, a/k/a "Gladstone Robb," a/k/a "Ricardo Andre Hill," the defendant, unlawfully, willfully, knowingly, and with intent to deceive, falsely represented a number to be the Social Security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the Social Security account number assigned by the Commissioner of Social Security to him, to wit, ROBB used a Social Security number assigned to another person to apply for a New York State learner's permit under that person's identity.

    (Title 42, United States Code, Section 408(a)(7)(B).)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney