UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      - against -                    10 Cr. 398 (JGK)

GLADSTON ROBB,                      ORDER

                Defendant.

JOHN G. KOELTL, District Judge:

    The Government is directed to submit a report regarding the defendants' medical condition and the procedures being followed to investigate the accident in which the defendant was injured by **August 2, 2010**.

SO ORDERED.

Dated: New York, New York
       July 26, 2010

                                        John G. Koeltl
                                  United States District Judge

US...
DO...
EL...
DOC #: _____
DATE FILED: 7-27-10

- 1 -