UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

- against -                                        10 Cr. 398 (JGK)

GLADSTON ROBB,                                     ORDER

                 Defendant.
---

JOHN G. KOELTL, District Judge:

    The Court has reviewed the Government's letter dated August 2, 2010, which will be filed in the record under seal. The Government should advise the Court and defense counsel of the results of the neurological exam scheduled for August 6, 2010.

SO ORDERED.

Dated: New York, New York
       August 2, 2010

                                      John G. Koeltl
                              United States District Judge


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 8/3/10