UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

GLADSTON ROBB,

              Defendant.

10 Cr. 398 (JGK)

<u>ORDER</u>

---

**JOHN G. KOELTL, District Judge:**

The Court has received the attached letter from the defendant. The Government should advise the Court by **October 12, 2010**, as to the current condition of the defendant and the state of his medical treatment, including whether the defendant has been seen by any specialists, and if not, why not.

SO ORDERED.

Dated: New York, New York
      October 6, 2010

                                      John G. Koeltl
                                United States District Judge



- 1 -

September 15, 2010.

The Honorable John G. Koeltl
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007



Re: United States v. Gladston Robb
    10 Cr. 398 (JGK)

Dear Judge Koeltl,

As you are aware, I was injured in an accident that occurred while I was in the custody of the United States Marshals Service (hereinafter "USMS") on June 21, 2010. Specifically, the van operated by the USMS, while attempting to exit the courthouse elevator that allegedly malfunctioned, hit the curb of the elevator.

On or about July 26, 2010, you ordered the U.S. Attorney's Office (hereinafter "Government") to submit a report to the Court by August 2, 2010 regarding the USMS' investigation of the accident and my medical treatment. By close call, the Government submitted said report on August 2, ~~200~~ 2010 to the Court.

Firstly, I would like to personally thank this honorable Court for its much needed intervention and for its sincere concern for my well-being. Secondly, I would like to bring a few issues to the Court's attention in response to the Government's report.

I was "treated" - in the words of the Government - by the Bureau of Prisons Health Services (hereinafter "BOPHS") on June 22, 2010; July 13, 2010 and finally as a result of the Court's order, July 30, 2010. As the records submitted by the Government indicate, I was only actually seen by a Medical Doctor when this Court intervened and the Legal Department here at MDC forwarded

that order to the BOPHS. The two prior dates of "treatment", June 22 and July 13, 2010 respectively, I was not seen by a Medical Doctor. Instead of being seen by an MD, months went by while my physical and psychological ailments went undiagnosed and only "treated" with pain medication. As a result of the Court's order, I was seen by a Medical Doctor who himself referred me to see a specialist — a neurologist.

Even more troubling is the fact that, the Government and the BOPHS did not follow through with their representations to the Court that my appointment with the neurologist would occur on August 6th, 2010. Instead, I was scheduled for that consultation not on August 6, but sometime thereafter and because the BOP was late in getting me to the appointment, it was cancelled. Specifically, on a date (not August 6, 2010) I can't recall, I was taken by the officers here at MDC to a 3pm appointment, at 4:15pm. The officers exited the building at 4:15pm and telephoned the neurologist's office while at the front gate to inquire if the appointment could still be salvaged; it could not.

To date, I have not seen the neurologist, nor have I been told anything (despite several inquests) about when I can be seen by the neurologist. I respectfully beg this Court for yet another intervention as I am having both physical and psychological effects as an aftermath of the accident.

Thank you.
Respectfully submitted,

Defendant — Gladston Robb

via U.S. mail — cc: Alvin Bragg (AUSA)
Ms. Colvin and MacFarland (Attorney's for BOP) @ MDC
Donald Duboulay