U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 12, 2010

BY FACSIMILE

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/10
```

The Honorable John G. Koeltl
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Gladston Robb,**
             **10 Cr. 398 (JGK)**

Dear Judge Koeltl:

    The Court issued an Order, dated October 6, 2010, directing the Government to advise the Court about recent medical treatment received by the defendant. This letter is submitted in response to the Court's Order.

    The defendant has not yet been treated by a neurologist. He was scheduled for a neurology appointment on August 25, 2010, but, as the defendant indicated in his September 15, 2010 letter to the Court, he was not transported to the appointment in a timely manner, and, as a result, he missed the appointment. Subsequently, another appointment was made for him and that appointment is scheduled for the very near future. The defendant will be treated by a neurologist who is not located at the MDC. As a matter of policy and for security purposes, the MDC requested that the Government not disclose the exact date of the appointment. Accordingly, the Government is submitting a separate letter to the Court ex parte stating the specific date the defendant is scheduled to be treated by a neurologist. The Government respectfully requests that, if the Court decides to file the ex parte letter, the Court file it under seal. The Government will provide the Court and defense counsel with a status report about the defendant's condition after his neurological appointment.

Honorable John G. Koetl
October 12, 2010
Page 2

    While the defendant has not been treated by a neurologist, he was treated by the Bureau of Prisons Health Services on August 3, 2010 and September 14 and 21, 2010. On August 3, 2010, he was examined and prescribed medication for headaches and sciatica. On September 14, 2010, the defendant was examined and his prescriptions were renewed, because they had expired on or about September 1, 2010. On September 21, 2010, the defendant was examined and was shown how to do range-of-motion exercises. During the September 21, 2010 appointment, the defendant indicated that the pain medication prescribed on September 14, 2010 was working.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney

By: _____
    Alvin Bragg
    Assistant United States Attorney
    Tel.: (212) 637-1085

cc: Donald Duboulay (by fax)