**Donald D. duBoulay**
Attorney at Law

Telephone: (212) 966-3970
Fax:           (212) 941-7108
E-mail:     dondubesq@aol.com

RECEIVED
NOV 02 2010
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

401 Broadway, 25th Floor
New York, NY 10013

October 29, 2010

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Gladston Robb
    10 Cr.398 (JGK)

*[Handwritten notations:]*
DEFENSE SUBMISSIONS: 12/30/2010
GOVERNMENT SUBMISSIONS: 1/7/2011
SENTENCE: FRIDAY, JANUARY 14, 2011
AT 11:30AM

SO ORDERED
11/2/10
[signature] USDJ

Dear Judge Koeltl:

I represent Gladston Robb, the defendant in the above referenced matter. A sentencing hearing in this case is scheduled before this Court for November 5, 2010. I write with the consent of the Government to request that the sentencing hearing in the case be adjourned to a date convenient to the Court 30 days from today.

As the Court may remember, Mr. Robb was injured in an accident while being transported out of the Court building in a security van on June 21, 2010. After the Court made an inquiry, The Bureau of Prisons began to address the injuries to Mr. Robb

As of this date Mr. Robb has not been thoroughly examined by a neurologist. He remains in pain with a recurring numbness in his right leg. Approximately 14 days ago, Mr. Robb was transported to a hospital facility to be diagnosed by the neurologist, however upon arrival at the hospital, the neurologist indicated that she could not examine Mr. Robb at that facility, and informed the BOP that Robb would need to be transported to another location where she would be able to thoroughly examine him. Thus Mr. Robb was not afforded the panoply of a neurological examination. He was merely questioned and asked to move parts of his body. Mr. Robb awaits the scheduling of the full neurological examination.

It is thus respectfully requested that the sentence hearing in this matter, be rescheduled to a date after Mr. Robb is examined and treated. As a result of his injury Mr. Robb, (still wheel chair bound) is not physically able to travel to accommodate the travel associated with the sentence he may receive or the sentence which he is currently serving.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-3-10

I also respectfully request that Your Honor exclude time, pursuant to the Speedy Trial Act, Title 18 United States Code, Section 3161, until the next scheduled conference.

If you have any questions please call me at (212) 966-3970.

Respectfully submitted,

Donald D. duBoulay

Cc: Alvin L. Bragg, AUSA (via Fax)