UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                                                               10 cr 398 (JGK)

      -against-

                                                               **ORDER**

GLADSTON ROBB,
                    Defendants.
-------------------------------------------------------------X

        The defendant shall make any sentencing submissions by **March 18, 2011.** The Government shall make its submissions by **March 24, 2011.** Sentencing in this matter is hereby **adjourned to Friday, April 1, 2011 at 11:30am.**

**SO ORDERED.**

                                                             JOHN G. KOELTL
                                                 UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         February 28, 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/11